FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT 14 AM 11:44

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Georgia
## Augusta Division

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:12CR00242-7 |
| Amanda M. Cantrell ) | USM No: 17840-021 |
| ) | |

Date of Original Judgment:  November 4, 2013     ) Albert H. Dallas
Date of Previous Amended Judgment: _____    ) Defendant's Attorney
*(Use Date of Last Amended Judgment, if any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated  November 4, 2013,  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  10/14/2015

_____
Judge's signature

J. Randal Hall
United States District Judge
*Printed name and title*

Effective Date:  November 1, 2015
*(if different from order date)*